UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **MICHELLE LEGALL,**<br>　　　　**Plaintiff,**<br><br>v.<br><br>**TRANSUNION,**<br>　　　　**Defendant.** | )<br>)<br>)<br>)<br>) CASE No.: 4:24-cv-04922<br>)<br>)<br>)<br>) |

---

**STIPULATION OF DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

---

　　Plaintiff Michelle Legall and Defendant TransUnion hereby stipulate under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) that this action be dismissed with prejudice as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs.

Dated: July 14, 2025


/s/ *Kristie L. Lewis*
Kristie L. Lewis
Federal Bar No. 1356712
Texas Bar No. 24076510
**LAW OFFICE OF KRISTIE L. LEWIS**
2001 Timberloch Place, Ste. 500
The Woodlands, TX 77380
O: 832.598.7435
F: 832.209.8974
klewisattyatlaw@gmail.com
***Attorney for Plaintiff***

/s/ *Sharonda Roberson*
Sharonda Roberson
Texas Bar No. 24133402
Southern District Bar No. 3916151
sroberson@qslwm.com
**QUILLING, SELANDER, LOWNDS,
WINSLETT & MOSER, P.C.**
6900 N. Dallas Parkway, Suite 800
Plano, TX 75024
Tel: (214) 560-5458
Fax: (214) 871-2111
***Attorney for Defendant***